McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALUD SOSA AYALA, | ) |
| | ) Case No.: 1:18-cv-803 LJO SKO |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Extension** |
| v. | ) **of Time** |
| | ) |
| KIRSTIJN NIELSON, et. al, | ) **(Doc. 5)** |
| | ) |
| Defendants. | ) |
| | ) |

This is an immigration case in which Plaintiff seeks a copy of her naturalization certificate. Defendant United States Citizenship and Immigration Services has recently reopened the matter administratively. The parties are working toward a possible resolution, and if the matter is not resolve, Defendants will then file their responsive pleading within the 60 days. Accordingly, the parties stipulate to a 60-day extension of time for the government to file an answer to the Complaint or other responsive pleading.

Dated: August 9, 2018                    Respectfully submitted,

                                               McGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ Audrey B. Hemesath
                                               AUDREY B. HEMESATH
                                               Assistant U.S. Attorney

                    /s/ H. Ty Kharazi  
                    H. TY KHARAZI  
                    Attorney for Plaintiff

## ORDER

Pursuant to the parties above-stipulation (Doc. 5), the time for filing an answer or other responsive pleading is hereby EXTENDED to October 17, 2018.

The scheduling conference is **CONTINUED to December 18, 2018, at 10:15 AM. in Courtroom 7, before Magistrate Judge Sheila K. Oberto**. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **September 26, 2018**             /s/ *Sheila K. Oberto*  
                                                      UNITED STATES MAGISTRATE JUDGE