UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALUD SOSA AYALA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRSTIJN NIELSON, Secretary of the United States Department of Homeland Security, et al.,<br><br>　　　　Defendants. | No. 1:18-cv-00803-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

On October 2, 2018, Plaintiff filed a "Request for Dismissal of the Case," in which Plaintiff notifies the Court of the dismissal of the entire action without prejudice. (Doc. 7.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: **October 3, 2018**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE